**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SHAVACCA BYRD, as Mother and
Natural Guardian of the Minor Child,
T. T.**                                                                                               **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 3:07cv27-WHB-LRA**

**CITI TRENDS, INC. and
JOHN DOES 1-10**                                                                               **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause having come before the Court on the Joint Motion and Stipulation of the Plaintiff, Shavacca Byrd as Mother and Natural Guardian of the Minor Child, T.T., and the Defendant, Citi Trends, Inc., for the entry of an Order dismissing the above-styled and numbered cause, all claims asserted therein, all Complaints and amendments thereto, all pending Motions and all claims that could have been but were not asserted by the parties in said action, with prejudice, and with no costs being assessed against any party, and the Court, after having considered the Motion of the parties, being advised that the parties have withdrawn all Motions and being otherwise fully advised in the premises, finds that said Motion is well taken and should be granted.  It is, therefore,

ORDERED AND ADJUDGED, that all pending Motions, if any, be and the same are hereby withdrawn; that this action, the Complaint filed herein, all amendments thereto, all other matters and proceedings of any nature pending between the parties, and all claims and causes of action that could have been but were not asserted herein be, and the same are hereby, fully, finally and forever dismissed with prejudice with each party to bear its own costs, and with no costs being taxed against anyone by the Court.

SO ORDERED, this the 20th day of February, 2008.

                                                            s/William H. Barbour, Jr.
                                                            DISTRICT COURT JUDGE

Submitted by:
/s/ Kenneth S. Womack
KENNETH S. WOMACK/MB#7353
ATTORNEY FOR DEFENDANT
ANDERSON, CRAWLEY, & BURKE, PLLC
805 SOUTH WHEATLEY, SUITE 400
RIDGELAND, MISSISSIPPI 39157
TELEPHONE: (601) 977-8977
FACSIMILE: (601) 977-9975
E-MAIL:  KWOMACK@ACBLAW.COM

Agreed as to form:
/s/ Nathaniel A. Armistad
NATHANIEL A. ARMISTAD/MB# 10053
ATTORNEY FOR PLAINTIFFS
MCMURTRAY & ARMISTAD
P.O. BOX 22508
JACKSON, MS 39225-2508